The third case on the block is 2-18-0309 in re Marriage of George and Sinha, Petitioner Appleby and Keshe K. Sinha respond to the penalty. Arguing on behalf of the respondent to the penalty, Mr. Thomas T. Boundas. Arguing on behalf of the Petitioner Appleby, Ms. Gina L. Bowman. Mr. Boundas, you may proceed. Thank you, Your Honor. Good morning. Good morning. Counsel? Sir, in researching the case, we note that you're appealing a rule to show cause against your client, are you not? Correct. And two days after you filed your notice of appeal was the date scheduled for the trial court to consider the purge or the requirements for the purge, which meant that your notice of appeal was premature. The next question then becomes, what happened at the purge hearing that was scheduled two days later? Was that continued or was there actually a hearing held? There was. After certain objections, however, I do disagree with your analysis relative to the fact that it still wasn't complete. This was a final judgment, number one. And number two, in order for there to be a burden to have shifted a trial, the rule would have had to issue it. They skipped a step. That's the problem that we're appealing, the skipped step. At the trial, she found him in contempt in the judgment. That was a finding. But that finding was procedurally incorrect. That's true, maybe. So that's the issue that we're appealing at this point. I understand that. But the problem is, is that there is case law. Justice Enoff wrote one case in particular that said that if there is a contempt finding but no punishment, unless there's 304A language, the judgment is not final and appealable. So you may have had a final judgment with a separate ruling on a contempt citation. But the question remains that it wasn't necessarily final and appealable under Supreme Court Rule 303A2 until such time as the separate claims were adjudicated. And the separate claim that I'm referring to, as was invalid for eunuchs, I believe it was pronounced as, was the disposition, the meeting out of punishment or purge or whatever you want to call it, relating to the separate claim, which was the finding of contempt. There was a hearing held with regards to the amount of said, the amounts pursuant to the trial court's judgment. There was no hearing held relative to the purge at this point because that issue was stayed pending Your Honor's decisions. So right now we have an amount, but no purge was ever set relative to that. Is that what it's for? We were both in there. And I wasn't prepared for that question because it wasn't brief. But if I recall correctly, and both counsel and I were there, what occurred was there were certain issues that the court took a wait-and-see approach relative to whether or not the procedural argument in the appeal would control or whether it wouldn't control. Yeah, but you can't have piecemeal litigation. Is there something going on? Is this case still on some level or as per some matter pending before the circuit court in Newcage County? The only thing that it's pending for is the purge relative to this and some other post-decreed petitions that were filed. When were they filed? Well, it wouldn't make any difference. They're not relative or germane to this judgment. Well, I'm going to, with the agreement of the panel, request further briefing on the issue of whether or not we have jurisdiction to hear this appeal. And based upon a case called Valkiunas, V-A-L-K-I-U-N-A-S, which suggests that you either need to get a final judgment on the contempt citation and disposition of all pending claims, meaning whatever the other post-conviction or, pardon me, post-disposition, post-judgment petitions have been filed, or you get 304-A language. If I may, Your Honor, I would like to go and look at those orders before we waste our time on that with counsel because I do believe that there was a dollar amount pursuant to the judgment set forth, and the dollar amount was lodged against my client's interest in the whole, I believe, as a judgment. And one of the other post-decree issues related to nonpayment of child support pursuant to the judgment after the judgment. So it wouldn't affect this appeal because it was relative to the judgment. Here's the site, 389 Gillette 3rd, 965. We would like to have you, within 14 days, file a supplemental brief indicating what the status of the cases in the trial court and whether or not there has been, actually, at this juncture, unless there was a final order disposing of the rule-to-show cause and there was more than 30 days from the date of the entry of that order and whatever post-judgment issues were raised thereafter, you're going to need 304A language. You're going to need to go to the trial judge and obtain that. If the trial judge doesn't give it to you, we will retain jurisdiction until all matters in the trial court have been terminated, disposed of, and under 303A2 Supreme Court rule, we will then have jurisdiction. Okay. So I just want to make clear, within the 14 days, do you need us to file the motion? I need you to file a brief, and then I need Appley's counsel 10 days thereafter, and then you have the opportunity to file or apply a brief. So? You only get 304A language. Okay. So we'd have to file a motion at the trial court for 304A. That could be the easiest way. It may be the hardest way. I don't know. Or I could do simultaneous. You could call the judge and say, Will you give us 304A? If she says yes, then you can forego the briefing. But I think we have to be careful about other matters that may still be pending. So be sure you read these rules and these cases. I will read the cases, but I don't think it's going to affect the other matters, because the only matter I think left holding was the issue pending this appeal. It's a pretty complicated area of law. Okay. Court's adjourned.